```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00477
   FREDERIC L ROBERTSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9587


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/11/07 and confirmed on 05/09/07.

    2.  The case was converted to Chapter 7 after confirmation, 03/12/2008.

    3.  The Debtor paid a total of $  16540.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSS MANAGEMENT CO | SECURED | 70681.14 | .00 | 14859.38 |
| VILLAGE OF FRANKFORT | SECURED | 258.00 | .00 | 258.00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY PATHOLOGISTS | UNSECURED | 50.00 | .00 | .00 |
| DORIS ROBERTSON | CHILD SUPPORT | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 70939.14 | .00 | 50.00 | .00 | 70989.14 |
| PRINCIPAL PAID | 15117.38 | .00 | .00 | .00 | 15117.38 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 15117.38 | .00 | .00 | .00 | 15117.38 |

```
The Debtor's attorney, LEHMAN & FOX                 , was allowed $   3000.00
and was paid $   1474.00  direct and $    836.96  through the plan.

The Trustee received $    585.66 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/26/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```